## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THE ESTATE OF SHALI TILSON, )
TYNESHA RENEE TILSON and )
VLADIMIR JOSEPH, the parents of )
Shali Tilson, )
       )
       Plaintiffs, ) CIVIL ACTION FILE
       ) NO. 1:19-CV-01353-WMR
v. )
       )
SHERIFF ERIC J. LEVETT, in his )
official and individual capacities, )
ROCKDALE COUNTY, GEORGIA, )
SERGEANT DAN LANG, individually, )
DEPUTY TOLBERT, individually, and )
DEPUTY SHIRED, individually, )
       )
       Defendants. )

## DEFENDANT SERGEANT DAN LANG'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT

COMES NOW Sergeant Dan Lang (hereinafter "Defendant Lang"), a named Defendant in the above-styled action and, by and through undersigned counsel, files this, his Answer and Defenses to Plaintiffs' Complaint:

## FIRST DEFENSE

Plaintiffs' Complaint for Damages fails to state a claim against Defendant Lang upon which relief may be granted.

## SECOND DEFENSE

No alleged act or omission on the part of the Defendant Lang caused or contributed to the incident complained of and, therefore, Plaintiffs are barred from any recovery against Defendant Lang.

## THIRD DEFENSE

Defendant Lang asserts the defenses of official/governmental and qualified immunity.

## FOURTH DEFENSE

Defendant Lang did not violate Plaintiff Shali Tilson's constitutional rights as alleged or otherwise.

## FIFTH DEFENSE

Defendant Lang is not liable to Plaintiffs in any amount because Defendant Lang did not act as alleged in Plaintiff's Complaint.

## SIXTH DEFENSE

To the extent as may be shown by evidence through discovery which provides factual or legal support, Defendant Lang asserts and reserves the defenses of accord and satisfaction, arbitration clauses, assumption of the risk, contributory and comparative fault, discharge in bankruptcy, duress, estoppel, failure of consideration, failure to mitigate, failure to exercise ordinary or due care, failure to

satisfy a condition precedent including but not limited to ante litem notice, exhaustion of administrative remedies, etc., fraud, illegality, fellow servant doctrine and exclusive remedy, laches, lack of proximate cause, license and consent, set-off and payment, release and covenant not to sue, res judicata, issue and claim preclusion, statute of frauds, any and all statutes of limitation, and waiver.

## SEVENTH DEFENSE

Plaintiffs failed to comply with all conditions precedent to filing suit against Defendant Lang, including, without limitation, compliance with ante litem notice requirements with respect to any state law claims.

## EIGHTH DEFENSE

For an answer to the individually numbered paragraphs contained within Plaintiffs' Complaint for Damages, Defendant Lang shows the Court the following:[1]

## PARTIES

1.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs'

---

[1] To the extent response to Plaintiff's summary of allegations is required, Defendant Lang denies any allegation against him.

Complaint and, therefore, denies same.

2.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiffs' Complaint and, therefore, denies same.

3.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiffs' Complaint and, therefore, denies same.

4.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiffs' Complaint and, therefore, denies same.

5.

Defendant Lang admits the allegation contained in Paragraph 5 of Plaintiffs' Complaint.

6.

Defendant Lang admits the allegation contained in Paragraph 6 of Plaintiffs' Complaint.

7.

Defendant denies as pled the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' Complaint and, therefore, denies same.

9.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' Complaint and, therefore, denies same.

10.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiffs' Complaint and, therefore, denies same.

## JURISDICTION AND VENUE

### 11.

Defendant Lang admits the allegation contained in Paragraph 11 of Plaintiffs' Complaint.

### 12.

Defendant Lang admits the allegation contained in Paragraph 12 of Plaintiffs' Complaint.

### 13.

Defendant Lang admits the allegation contained in Paragraph 13 of Plaintiffs' Complaint.

### 14.

Defendant Lang admits the allegation contained in Paragraph 14 of Plaintiffs' Complaint.

## FACTS GIVING RISE TO PLAINTIFFS' CLAIMS

*Shali Tilson's Arrest for Disorderly Conduct*

### 15.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiffs' Complaint and, therefore, denies same.

16.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiffs' Complaint and, therefore, denies same.

17.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiffs' Complaint and, therefore, denies same.

18.

Defendant Lang admits the allegation contained in Paragraph 18 of Plaintiffs' Complaint.

19.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiffs' Complaint and, therefore, denies same.

*Tilson's arrival at the jail*

20.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiffs'

Complaint and, therefore, denies same.

21.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiffs' Complaint and, therefore, denies same.

22.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiffs' Complaint and, therefore, denies same.

23.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiffs' Complaint and, therefore, denies same.

24.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiffs' Complaint and, therefore, denies same.

25.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 25 of Plaintiffs' Complaint and, therefore, denies same.

*Transfer to Solitary Confinement*

26.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiffs' Complaint and, therefore, denies same.

27.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiffs' Complaint and, therefore, denies same.

28.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiffs' Complaint and, therefore, denies same.

29.

Defendant Lang denies the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiffs' Complaint and, therefore, denies same.

31.

Defendant Lang denies the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

*Solitary Confinement*

32.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiffs' Complaint and, therefore, denies same.

33.

Defendant Lang denies the allegations contained in Paragraph 33 of Plaintiffs' Complaint.

34.

Defendant Lang admits the allegation contained in Paragraph 34 of Plaintiffs' Complaint.

35.

Defendant Lang admits the allegation contained in Paragraph 35 of

Plaintiffs' Complaint.

36.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiffs' Complaint and, therefore, denies same.

37.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiffs' Complaint and, therefore, denies same.

38.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiffs' Complaint and, therefore, denies same.

39.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiffs' Complaint and, therefore, denies same.

40.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 40 of Plaintiffs'
Complaint and, therefore, denies same.

41.

Defendant Lang is without knowledge or information sufficient to form a
belief as to the truth of the allegations contained in Paragraph 41 of Plaintiffs'
Complaint and, therefore, denies same.

42.

Defendant Lang is without knowledge or information sufficient to form a
belief as to the truth of the allegations contained in Paragraph 42 of Plaintiffs'
Complaint and, therefore, denies same.

43.

Defendant Lang is without knowledge or information sufficient to form a
belief as to the truth of the allegations contained in Paragraph 43 of Plaintiffs'
Complaint and, therefore, denies same.

44.

Defendant Lang is without knowledge or information sufficient to form a
belief as to the truth of the allegations contained in Paragraph 44 of Plaintiffs'
Complaint and, therefore, denies same.

45.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiffs' Complaint and, therefore, denies same.

46.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiffs' Complaint and, therefore, denies same.

47.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiffs' Complaint and, therefore, denies same.

48.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiffs' Complaint and, therefore, denies same.

49.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiffs'

Complaint and, therefore, denies same.

50.

Defendant Lang denies the allegation contained in Paragraph 50 of Plaintiffs' Complaint.

51.

Defendant Lang denies the allegations contained in Paragraph 51 of Plaintiffs' Complaint.

52.

Defendant Lang denies the allegations contained in Paragraph 52 of Plaintiffs' Complaint.

53.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiffs' Complaint and, therefore, denies same.

54.

Defendant Lang denies the allegations contained in Paragraph 54 of Plaintiffs' Complaint.

55.

Defendant Lang denies the allegations contained in Paragraph 55 of

Plaintiffs' Complaint.

56.

Defendant Lang denies the allegations contained in Paragraph 56 of Plaintiffs' Complaint.

57.

Defendant Lang denies the allegations contained in Paragraph 57 of Plaintiffs' Complaint.

58.

Defendant Lang denies the allegations contained in Paragraph 58 of Plaintiffs' Complaint.

59.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of Plaintiffs' Complaint and, therefore, denies same.

60.

Defendant Lang denies the allegations contained in Paragraph 60 of Plaintiffs' Complaint.

61.

Defendant Lang denies the allegations contained in Paragraph 61 of

Plaintiffs' Complaint.

*The Effects of Solitary Confinement*

62.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiffs' Complaint and, therefore, denies same.

63.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiffs' Complaint and, therefore, denies same.

64.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiffs' Complaint and, therefore, denies same.

65.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' Complaint and, therefore, denies same.

66.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 66 of Plaintiffs'

Complaint and, therefore, denies same.

*The Evening of Mr. Tilson's death*

67.

Defendant Lang admits the allegation contained in Paragraph 67 of

Plaintiffs' Complaint.

68.

Defendant Lang admits the allegation contained in Paragraph 68 of

Plaintiffs' Complaint.

69.

Defendant Lang admits the allegation contained in Paragraph 69 of

Plaintiffs' Complaint.

70.

Defendant Lang admits the allegation contained in Paragraph 70 of

Plaintiffs' Complaint.

71.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 71 of Plaintiffs' Complaint and, therefore, denies same.

73.

Defendant Lang admits the allegation contained in Paragraph 73 of Plaintiffs' Complaint.  As a further response, there were additional jailors responsible for performing routine 15 checks on Mr. Tilson.

74.

Defendant Lang denies the allegations contained in Paragraph 74 of Plaintiffs' Complaint.

75.

Defendant Lang denies as pled the allegations contained in Paragraph 75 of Plaintiffs' Complaint.

76.

Defendant Lang admits the allegations contained in Paragraph 76 of Plaintiffs' Complaint.

belief as to the truth of the allegations contained in Paragraph 71 of Plaintiffs' Complaint and, therefore, denies same.

72.

Defendant Lang denies the allegations contained in Paragraph 72 of Plaintiffs' Complaint.

73.

Defendant Lang admits the allegation contained in Paragraph 73 of Plaintiffs' Complaint.  As a further response, there were additional jailors responsible for performing routine 15 checks on Mr. Tilson.

74.

Defendant Lang denies the allegations contained in Paragraph 74 of Plaintiffs' Complaint.

75.

Defendant Lang denies as pled the allegations contained in Paragraph 75 of Plaintiffs' Complaint.

76.

Defendant Lang admits the allegations contained in Paragraph 76 of Plaintiffs' Complaint.

77.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiffs' Complaint and, therefore, denies same.

78.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiffs' Complaint and, therefore, denies same.

80.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiffs' Complaint and, therefore, denies same.

81.

Defendant Lang denies the allegations contained in Paragraph 81 of Plaintiffs' Complaint.

82.

Defendant Lang denies the allegations contained in Paragraph 82 of Plaintiffs' Complaint.

83.

Defendant Lang denies the allegations contained in Paragraph 83 of Plaintiffs' Complaint.

84.

Defendant Lang denies the allegations contained in Paragraph 84 of Plaintiffs' Complaint.

85.

Defendant Lang denies the allegations contained in Paragraph 85 of Plaintiffs' Complaint.

86.

Defendant Lang denies the allegations contained in Paragraph 86 of Plaintiffs' Complaint.

87.

Defendant Lang denies the allegations contained in Paragraph 87 of Plaintiffs' Complaint.

88.

Defendant Lang denies as pled the allegations contained in Paragraph 88 of Plaintiffs' Complaint.

89.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiffs' Complaint and, therefore, denies same.

90.

Defendant Lang denies the allegations contained in Paragraph 90 of Plaintiffs' Complaint.

91.

Defendant Lang admits the allegations contained in Paragraph 91 of Plaintiffs' Complaint.

92.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of Plaintiffs' Complaint and, therefore, denies same.

93.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiffs' Complaint and, therefore, denies same.

94.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of Plaintiffs' Complaint and, therefore, denies same.

95.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiffs' Complaint and, therefore, denies same.

*Drinking Water*

96.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiffs' Complaint and, therefore, denies same.

97.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiffs' Complaint and, therefore, denies same.

98.

Defendant Lang denies the allegations contained in Paragraph 98 of

Plaintiffs' Complaint.

99.

Defendant Lang denies the allegations contained in Paragraph 99 of Plaintiffs' Complaint.

100.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiffs' Complaint and, therefore, denies same.

101.

Defendant Lang admits the allegations contained in Paragraph 101 of Plaintiffs' Complaint.

*Spoliation*

102.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of Plaintiffs' Complaint and, therefore, denies same.

103.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiffs'

Complaint and, therefore, denies same.

*Damages*

104.

Defendant Lang denies the allegations contained in Paragraph 104 of Plaintiffs' Complaint.

105.

Defendant Lang denies the allegations contained in Paragraph 105 of Plaintiffs' Complaint.

106.

Defendant Lang denies the allegations contained in Paragraph 106 of Plaintiffs' Complaint.

107.

Defendant Lang denies the allegations contained in Paragraph 107 of Plaintiffs' Complaint.

<u>Count 1</u>

*Violation of Ministerial Duty under Georgia law against Sgt. Lang, Deputy Taylor,*

*and Deputy Shired arising from the failure to perform mandated suicide watch*

*supervision*

108.

Defendant Lang denies the allegations contained in Paragraph 108 of Plaintiffs' Complaint.

109.

Defendant Lang denies the allegations contained in Paragraph 109 of Plaintiffs' Complaint.

110.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of Plaintiffs' Complaint and, therefore, denies same.

<u>Count II</u>

*Deliberate Indifference under 42 U.S.C. § 1983 against the Guards and Watch*

*Commanders for the denial of adequate water and denial of medical care*

111.

Paragraph One Hundred Eleven (111) of Plaintiffs' Complaint does not

require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 111 of Plaintiffs' Complaint.

112.

Paragraph One Hundred Twelve (112) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 112 of Plaintiffs' Complaint.

113.

Paragraph One Hundred Thirteen (113) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 113 of Plaintiffs' Complaint.

Count III

*Supervisory liability under 42 U.S.C. § 1983 against Sheriff Levett in his individual and official capacities arising from the denial of medical treatment*

114.

Paragraph One Hundred Fourteen (114) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required,

Defendant Lang specifically denies any and all allegations contained in Paragraph 114 of Plaintiffs' Complaint.

115.

Paragraph One Hundred Fifteen (115) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 115 of Plaintiffs' Complaint.

116.

Paragraph One Hundred Sxiteen (116) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 116 of Plaintiffs' Complaint.

117.

Paragraph One Hundred Seventeen (117) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 117 of Plaintiffs' Complaint.

118.

Paragraph One Hundred Eighteen (118) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 118 of Plaintiffs' Complaint.

119.

Paragraph One Hundred Nineteen (119) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 119 of Plaintiffs' Complaint.

120.

Paragraph One Hundred Twenty (120) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 120 of Plaintiffs' Complaint.

121.

Paragraph One Hundred Twenty-One (121) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph

121 of Plaintiffs' Complaint.

122.

Paragraph One Hundred Twenty-Two (122) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 122 of Plaintiffs' Complaint.

123.

Paragraph One Hundred Twenty-Three (123) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 123 of Plaintiffs' Complaint.

124.

Paragraph One Hundred Twenty-Four (124) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 124 of Plaintiffs' Complaint.

125.

Paragraph One Hundred Twenty-Five (125) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is

required, Defendant Lang specifically denies any and all allegations contained in Paragraph 125 of Plaintiffs' Complaint.

126.

Paragraph One Hundred Twenty-Six (126) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 126 of Plaintiffs' Complaint.

127.

Paragraph One Hundred Twenty-Seven (127) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 111 of Plaintiffs' Complaint.

128.

Paragraph One Hundred Twenty-Eight (128) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 128 of Plaintiffs' Complaint.

129.

Paragraph One Hundred Twenty-Nine (129) of Plaintiffs' Complaint does

not require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 129 of Plaintiffs' Complaint.

130.

Paragraph One Hundred Thirty (130) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 130 of Plaintiffs' Complaint.

131.

Paragraph One Hundred Thirty-One (131) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 131 of Plaintiffs' Complaint.

Count IV

*Discrimination under the Americans With Disability Act and Rehabilitation Act Against Sheriff Levett in his Official Capacity and Against Rockdale County*

132.

Paragraph One Hundred Thirty-Two (132) of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent that a response is required,

Defendant Lang specifically denies any and all allegations contained in Paragraph 132 of Plaintiffs' Complaint.

133.

Paragraph One Hundred Thirty-Three (133) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 133 of Plaintiffs' Complaint.

134.

Paragraph One Hundred Thirty-Four (134) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 134 of Plaintiffs' Complaint.

135.

Paragraph One Hundred Thirty-Five (135) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 135 of Plaintiffs' Complaint.

136.

Paragraph One Hundred Thirty-Six (136) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 136 of Plaintiffs' Complaint.

137.

Paragraph One Hundred Thirty-Seven (137) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 137 of Plaintiffs' Complaint.

138.

Paragraph One Hundred Thirty-Eight (138) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 138 of Plaintiffs' Complaint.

139.

Paragraph One Hundred Thirty-Nine (139) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph

139 of Plaintiffs' Complaint.

140.

Paragraph One Hundred Forty (140) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 140 of Plaintiffs' Complaint.

141.

Paragraph One Hundred Forth-One (141) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 141 of Plaintiffs' Complaint.

142.

Paragraph One Hundred Forty-Two (142) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 142 of Plaintiffs' Complaint.

143.

Paragraph One Hundred Forth-Three (143) of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required,

Defendant Lang specifically denies any and all allegations contained in Paragraph 143 of Plaintiffs' Complaint.

Count V

*Attorney's Fees against all Defendants*

144.

Defendant Lang denies the allegations contained in Paragraph 144 of Plaintiffs' Complaint.

145.

Defendant Lang denies the allegations contained in Paragraph 145 of Plaintiffs' Complaint.

146.

To the extent Plaintiff's Prayer for Relief contained in Plaintiffs' Complaint may be read to require a response, Defendant Lang denies Plaintiffs are entitled to any relief from Defendant Lang under any theory in any amount.

147.

Any allegation not specifically admitted herein is hereby denied.

WHEREFORE, having fully responded to Plaintiffs' Complaint, Defendant Lang prays the Court inquire into this matter and dismiss Plaintiffs' Complaint against him casting all costs upon Plaintiffs and prays the Court grant such other relief as the Court deems justice to demand.

This 3rd day of June, 2019.

Respectfully submitted,

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel
_____

TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorneys for Defendant Lang

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
 (404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
thensel@bchlawpc.com

**DEFENDANT LANG DEMANDS TRIAL BY JURY OF TWELVE.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2019, I electronically filed the DEFENDANT SERGEANT DAN LANG'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT by using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorneys for Defendant Lang

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
thensel@bchlawpc.com