24

1:19-cv-1353-JPB