## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF SHALI TILSON,** | ) |
| **TYNESHA RENEE TILSON and** | ) |
| **VLADIMIR JOSEPH, the parents of** | ) |
| **Shali Tilson,** | ) |
| | ) |
| **Plaintiffs,** | ) **CIVIL ACTION FILE** |
| | ) **NO. 1:19-CV-01353-WMR** |
| **v.** | ) |
| | ) |
| **SHERIFF ERIC J. LEVETT, in his** | ) |
| **official and individual capacities,** | ) |
| **CAPTAIN NIKIE WEATHERSBY,** | ) |
| **SERGEANT DAN LANG,** | ) |
| **DEPUTY ERIC TOLBERT,** | ) |
| **DEPUTY LADEAN SHIRED,** | ) |
| **LIEUTENANT PATTERSON** | ) |
| **CORPORAL KLEIN** | ) |
| **LIEUTENANT BOGARDTS** | ) |
| **SERGEANT JORDAN GILLEBEAU** | ) |
| **LIEUTENANT NICHOLAS LYNN** | ) |
| **CORPORAL SHARON WILSON** | ) |
| **SERGEANT JACKIE BISHOP,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT SERGEANT DAN LANG'S ANSWER AND DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT

COMES NOW Sergeant Dan Lang (hereinafter "Defendant Lang"), a named

Defendant in the above-styled action and, by and through undersigned counsel,

files this, his Answer and Defenses to Plaintiffs' Third Amended Complaint

(hereinafter "Plaintiffs' Complaint"):

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim against Defendant Lang upon which relief may be granted.

## SECOND DEFENSE

No alleged act or omission on the part of the Defendant Lang caused or contributed to the incident complained of and, therefore, Plaintiffs are barred from any recovery against Defendant Lang.

## THIRD DEFENSE

Defendant Lang asserts the defenses of official/governmental and qualified immunity.

## FOURTH DEFENSE

Defendant Lang did not violate Plaintiff Shali Tilson's constitutional rights as alleged or otherwise.

## FIFTH DEFENSE

Defendant Lang is not liable to Plaintiffs in any amount because Defendant Lang did not act as alleged in Plaintiff's Complaint.

## SIXTH DEFENSE

To the extent as may be shown by evidence through discovery which

provides factual or legal support, Defendant Lang asserts and reserves the defenses of accord and satisfaction, arbitration clauses, assumption of the risk, contributory and comparative fault, discharge in bankruptcy, duress, estoppel, failure of consideration, failure to mitigate, failure to exercise ordinary or due care, failure to satisfy a condition precedent including but not limited to ante litem notice, exhaustion of administrative remedies, etc., fraud, illegality, fellow servant doctrine and exclusive remedy, laches, lack of proximate cause, license and consent, set-off and payment, release and covenant not to sue, res judicata, issue and claim preclusion, statute of frauds, any and all statutes of limitation, and waiver.

## SEVENTH DEFENSE

Plaintiffs failed to comply with all conditions precedent to filing suit against Defendant Lang, including, without limitation, compliance with ante litem notice requirements with respect to any state law claims.

## EIGHTH DEFENSE

For an answer to the individually numbered paragraphs contained within Plaintiffs' Complaint, Defendant Lang shows the Court the following:

*Parties*

1.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint and, therefore, denies same.

2.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiffs' Complaint and, therefore, denies same.

3.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiffs' Complaint and, therefore, denies same.

4.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiffs' Complaint and, therefore, denies same.

5.

Defendant Lang admits the allegation contained in Paragraph 5 of Plaintiffs'

Complaint.

6.

Defendant Lang admits the allegation contained in Paragraph 6 of Plaintiffs' Complaint.

7.

Defendant denies as pled the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' Complaint and, therefore, denies same.

9.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' Complaint and, therefore, denies same.

*Jurisdiction and Venue*

10.

Defendant Lang admits the allegation contained in Paragraph 10 of Plaintiffs' Complaint.

11.

Defendant Lang admits the allegation contained in Paragraph 11 of Plaintiffs' Complaint.

12.

Defendant Lang admits the allegation contained in Paragraph 12 of Plaintiffs' Complaint.

13.

Defendant Lang admits the allegation contained in Paragraph 13 of Plaintiffs' Complaint.

*Chain of Command and Job Duties*

14.

Defendant Lang admits the allegations contained in Paragraph 14 of Plaintiffs' Complaint.

15.

Defendant Lang admits only that at the time of the alleged incident Defendant Weathersby was the Jail Commander.  Defendant Lang denies the remaining allegations contained in Paragraph 15 of Plaintiffs' Complaint.

16.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 16 of Plaintiffs' Complaint and, therefore, denies same.

17.

Defendant Lang admits the allegations contained in Paragraph 17 of Plaintiffs' Complaint.

18.

Defendant Lang admits the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiffs' Complaint and, therefore, denies same.

20.

Defendant Lang denies the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21.

Defendant Lang admits the allegations contained in Paragraph 21 of Plaintiffs' Complaint.

22.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiffs' Complaint and, therefore, denies same.

23.

Defendant Lang admits the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

24.

Defendant Lang admits the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

25.

Defendant Lang denies as pled the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26.

Defendant Lang denies as pled the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27.

Defendant Lang denies allegations contained in Paragraph 27 of Plaintiffs' Complaint.

28.

Defendant Lang admits the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

*Tilson's arrival at the Jail*

29.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiffs' Complaint and, therefore, denies same.

30.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiffs' Complaint and, therefore, denies same.

31.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiffs' Complaint and, therefore, denies same.

32.

Defendant Lang admits the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

33.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiffs' Complaint and, therefore, denies same.

34.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiffs' Complaint and, therefore, denies same.

35.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiffs' Complaint and, therefore, denies same.

36.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiffs' Complaint and, therefore, denies same.

37.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiffs'

Complaint and, therefore, denies same.

38.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiffs' Complaint and, therefore, denies same.

39.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiffs' Complaint and, therefore, denies same.

40.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiffs' Complaint and, therefore, denies same.

41.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiffs' Complaint and, therefore, denies same.

42.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 42 of Plaintiffs'
Complaint and, therefore, denies same.

43.

Defendant Lang denies the allegations contained in Paragraph 43 of
Plaintiffs' Complaint.

*Tilson's time in general population*

44.

Defendant Lang denies the allegations contained in Paragraph 44 of
Plaintiffs' Complaint

45.

Defendant Lang denies the allegations contained in Paragraph 45 of
Plaintiffs' Complaint.

46.

Defendant Lang is without knowledge or information sufficient to form a
belief as to the truth of the allegations contained in Paragraph 46 of Plaintiffs'
Complaint and, therefore, denies same.

*Tilson's transfer to HC 11*

47.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiffs' Complaint and, therefore, denies same.

48.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiffs' Complaint and, therefore, denies same.

49.

Defendant Lang denies the allegations contained in Paragraph 49 of Plaintiffs' Complaint.

50.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiffs' Complaint and, therefore, denies same.

51.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiffs'

Complaint and, therefore, denies same.

52.

Defendant Lang denies the allegations contained in Paragraph 52 of Plaintiffs' Complaint.

*No medical staff or CCS employee was involved in the decision to transfer Tilson to HC 11*

53.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiffs' Complaint and, therefore, denies same.

54.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiffs' Complaint and, therefore, denies same.

55.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiffs' Complaint and, therefore, denies same.

*Housing an inmate in HC 11 or 12*

56.

Defendant Lang admits the allegations contained in Paragraph 56 of Plaintiffs' Complaint.

57.

Defendant Lang admits the allegations contained in Paragraph 57 of Plaintiffs' Complaint.

58.

Defendant Lang admits the allegations contained in Paragraph 58 of Plaintiffs' Complaint.

59.

Defendant Lang admits the allegations contained in Paragraph 59 of Plaintiffs' Complaint.

60.

Defendant Lang admits the allegations contained in Paragraph 60 of Plaintiffs' Complaint.

61.

Defendant Lang admits the allegations contained in Paragraph 61 of Plaintiffs' Complaint.

62.

Defendant Lang admits the allegations contained in Paragraph 62 of Plaintiffs' Complaint.

63.

Defendant Lang admits the allegations contained in Paragraph 63 of Plaintiffs' Complaint.

64.

Defendant Lang denies the allegations contained in Paragraph 64 of Plaintiffs' Complaint.

65.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' Complaint and, therefore, denies same.

66.

Defendant Lang denies the allegations contained in Paragraph 66 of Plaintiffs' Complaint.

67.

Defendant Lang denies the allegations contained in Paragraph 67 of Plaintiffs' Complaint.

68.

Defendant Lang denies the allegation contained in Paragraph 68 of Plaintiffs' Complaint.

69.

Defendant Lang denies the allegation contained in Paragraph 69 of Plaintiffs' Complaint.

70.

Defendant Lang denies as pled the allegation contained in Paragraph 70 of Plaintiffs' Complaint.

71.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of Plaintiffs' Complaint and, therefore, denies same.

72.

Defendant Lang denies the allegations contained in Paragraph 72 of Plaintiffs' Complaint.

73.

Defendant Lang denies as pled the allegation contained in Paragraph 73 of Plaintiffs' Complaint.

74.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of Plaintiffs' Complaint and, therefore, denies same.

*Tilson's time in HC 11*

75.

The videos referenced in Paragraph 75 of Plaintiffs' Complaint speak for themselves and, as such, Defendant Lang denies any allegation inconsistent with same.

76.

The videos referenced in Paragraph 76 of Plaintiffs' Complaint speak for themselves and, as such, Defendant Lang denies any allegation inconsistent with same.

77.

The video referenced in Paragraph 77 of Plaintiffs' Complaint speaks for itself and, as such, Defendant Lang denies any allegation inconsistent with same.

78.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiffs'

Complaint and, therefore, denies same.

79.

Defendant Lang admits only that he was the Booking Commander on the evenings of March 7, 2018 and March 12, 2018.  Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 79 of Plaintiffs' Complaint and, therefore, denies same.

80.

Paragraph 80 of Plaintiffs' Complaint does not require a response.  To the extent Paragraph 80 of Plaintiffs' Complaint requires a response, Defendant Lang denies the allegations contain in Paragraph 80 of Plaintiffs' Complaint.

*Unusual length of Tilson's confinement*[1]

81.

Defendant Lang denies the allegations contained in Paragraph 81 of Plaintiffs' Complaint.

82.

Defendant Lang admits the allegations contained in Paragraph 82 of

---

[1] Defendant Lang answers all Paragraphs of Plaintiffs' Complaint only on his own behalf.  Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in any Paragraphs of Plaintiffs' Complaint as they pertain to any other Defendant.

Plaintiffs' Complaint.

83.

Defendant Lang denies the allegations contained in Paragraph 83 of Plaintiffs' Complaint.

*Knowledge of the lack of medical basis for "suicide watch"*

84.

Defendant Lang denies the allegations contained in Paragraph 84 of Plaintiffs' Complaint.

85.

Defendant Lang denies the allegations contained in Paragraph 85 of Plaintiffs' Complaint.

86.

Defendant Lang denies the allegations contained in Paragraph 86 of Plaintiffs' Complaint.

87.

Defendant Lang denies the allegations contained in Paragraph 87 of Plaintiffs' Complaint.

88.

Defendant Lang denies the allegations contained in Paragraph 88 of

Plaintiffs' Complaint.

*Knowledge of the conditions of Tilson's cell*

89.

The photograph referenced in Paragraph 89 of Plaintiffs' Complaint speaks for itself and, as such, Defendant Lang denies any allegation inconsistent with same.

90.

The photographs referenced in Paragraph 90 of Plaintiffs' Complaint speak for themselves and, as such, Defendant Lang denies any allegation inconsistent with same.

91.

Defendant Lang denies the allegations contained in Paragraph 91 of Plaintiffs' Complaint.

92.

Defendant Lang denies the allegations contained in Paragraph 92 of Plaintiffs' Complaint.

93.

Defendant Lang admits the allegations contained in Paragraph 93 of Plaintiffs' Complaint.

94.

Defendant Lang denies as pled the allegations contained in Paragraph 94 of Plaintiffs' Complaint.

95.

Defendant Lang denies the allegations contained in Paragraph 95 of Plaintiffs' Complaint.

96.

Defendant Lang denies the allegations contained in Paragraph 96 of Plaintiffs' Complaint.

97.

Defendant Lang denies the allegations contained in Paragraph 97 of Plaintiffs' Complaint.

98.

Defendant Lang denies the allegations contained in Paragraph 98 of Plaintiffs' Complaint.

99.

Defendant Lang denies the allegations contained in Paragraph 99 of Plaintiffs' Complaint.

100.

Defendant Lang denies the allegations contained in Paragraph 100 of Plaintiffs' Complaint.

*Knowledge of the use of HC 11 as a means of punishment*

101.

Defendant Lang denies the allegations contained in Paragraph 101 of Plaintiffs' Complaint.

102.

Defendant Lang denies the allegations contained in Paragraph 102 of Plaintiffs' Complaint.

103.

Defendant Lang denies the allegations contained in Paragraph 103 of Plaintiffs' Complaint.

104.

Defendant Lang denies the allegations contained in Paragraph 104 of Plaintiffs' Complaint.

105.

Defendant Lang denies as pled the allegations contained in Paragraph 105 of Plaintiffs' Complaint.

106.

Defendant Lang denies the allegations contained in Paragraph 106 of Plaintiffs' Complaint.

107.

Defendant Lang denies the allegations contained in Paragraph 107 of Plaintiffs' Complaint.

108.

Defendant Lang denies the allegations contained in Paragraph 108 of Plaintiffs' Complaint.

*Knowledge of lack of water*

109.

Defendant Lang denies the allegations contained in Paragraph 109 of Plaintiffs' Complaint.

110.

Defendant Lang denies the allegations contained in Paragraph 110 of Plaintiffs' Complaint.

111.

Defendant Lang denies the allegations contained in Paragraph 111 of Plaintiffs' Complaint.

112.

Defendant Lang denies as pled the allegations contained in Paragraph 112 of Plaintiffs' Complaint.

113.

Defendant Lang denies as pled the allegations contained in Paragraph 113 of Plaintiffs' Complaint.

114.

Defendant Lang admits the allegations contained in Paragraph 114 of Plaintiffs' Complaint.

115.

Defendant Lang denies the allegations contained in Paragraph 115 of Plaintiffs' Complaint.

116.

Defendant Lang denies the allegations contained in Paragraph 116 of Plaintiffs' Complaint.

117.

Defendant Lang denies the allegations contained in Paragraph 117 of Plaintiffs' Complaint.

118.

Defendant Lang denies the allegations contained in Paragraph 118 of Plaintiffs' Complaint.

119.

Defendant Lang denies the allegations contained in Paragraph 119 of Plaintiffs' Complaint.

120.

Defendant Lang denies the allegations contained in Paragraph 120 of Plaintiffs' Complaint.

*Knowledge of Tilson's delirium*

121.

Defendant Lang denies the allegations contained in Paragraph 121 of Plaintiffs' Complaint.

122.

Defendant Lang denies the allegations contained in Paragraph 122 of Plaintiffs' Complaint.

123.

Defendant Lang denies as pled the allegations contained in Paragraph 123 of Plaintiffs' Complaint.

124.

Defendant Lang denies the allegations contained in Paragraph 124 of Plaintiffs' Complaint.

125.

Defendant Lang denies the allegations contained in Paragraph 125 of Plaintiffs' Complaint.

126.

Defendant Lang denies as pled the allegations contained in Paragraph 126 of Plaintiffs' Complaint.

*Knowledge of lack of medical treatment*

127.

Defendant Lang denies the allegations contained in Paragraph 127 of Plaintiffs' Complaint.

128.

Defendant Lang denies the allegations contained in Paragraph 128 of Plaintiffs' Complaint.

129.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of Plaintiffs'

Complaint and, therefore, denies same.

130.

Defendant Lang denies the allegations contained in Paragraph 130 of Plaintiffs' Complaint.

*Knowledge of the general failures at the Jail*

131.

Defendant Lang denies as pled the allegations contained in Paragraph 131 of Plaintiffs' Complaint

132.

Defendant Lang denies as pled the allegations contained in Paragraph 132 of Plaintiffs' Complaint.

133.

Defendant Lang denies as pled the allegations contained in Paragraph 133 of Plaintiffs' Complaint.

134.

Defendant Lang denies the allegations contained in Paragraph 134 of Plaintiffs' Complaint.

135.

Defendant Lang denies the allegations contained in Paragraph 135 of

Plaintiffs' Complaint.

136.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of Plaintiffs' Complaint and, therefore, denies same.

137.

Defendant Lang denies the allegations contained in Paragraph 137 of Plaintiffs' Complaint.

138.

Defendant Lang denies as pled the allegations contained in Paragraph 138 of Plaintiffs' Complaint.

139.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of Plaintiffs' Complaint and, therefore, denies same.

140.

Defendant Lang admits the allegations contained in Paragraph 140 of Plaintiffs' Complaint.

141.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiffs' Complaint and, therefore, denies same.

142.

Defendant Lang admits the allegations contained in Paragraph 142 of Plaintiffs' Complaint.

143.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiffs' Complaint and, therefore, denies same.

144.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of Plaintiffs' Complaint and, therefore, denies same.

145.

Defendant Lang admits only that suicide watch checks were performed by closed circuit television. Defendant Lang denies the remaining allegations contained in Paragraph 145 of Plaintiffs' Complaint.

146.

Defendant Lang denies the allegations contained in Paragraph 146 of Plaintiffs' Complaint.

147.

Defendant Lang denies as pled the allegations contained in Paragraph 147 of Plaintiffs' Complaint.

*Authority to move Tilson to new cell*

148.

Defendant Lang denies as pled the allegations contained in Paragraph 148 of Plaintiffs' Complaint.

149.

Defendant Lang admits the allegations contained in Paragraph 149 of Plaintiffs' complaint.

150.

Defendant Lang denies as pled the allegations contained in Paragraph 150 of Plaintiffs' Complaint.

151.

Defendant Lang denies the allegations contained in Paragraph 151 of Plaintiffs' Complaint

152.

Defendant Lang admits the allegations contained in Paragraph 152 of Plaintiffs' Complaint.

153.

Defendant Lang denies as pled the allegations contained in Paragraph 153 of Plaintiffs' Complaint.

154.

Defendant Lang denies as pled the allegations contained in Paragraph 154 of Plaintiffs' Complaint.

155.

Defendant Lang admits the allegations contained in Paragraph 155 of Plaintiffs' Complaint.

*Knowledge of Tilson's disparate treatment*

156.

Defendant Lang denies the allegations contained in Paragraph 156 of Plaintiffs' Complaint.

157.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of Plaintiffs'

Complaint and, therefore, denies same.

158.

Defendant Lang denies the allegations contained in Paragraph 158 of Plaintiffs' Complaint.

159.

Defendant Lang denies the allegations contained in Paragraph 159 of Plaintiffs' Complaint.

160.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of Plaintiffs' Complaint and, therefore, denies same.

161.

Defendant Lang denies as pled the allegations contained in Paragraph 161 of Plaintiffs' Complaint.

162.

Defendant Lang denies the allegations contained in Paragraph 162 of Plaintiffs' Complaint.

163.

Defendant Lang denies the allegations contained in Paragraph 163 of

Plaintiffs' Complaint.

164.

Defendant Lang denies the allegations contained in Paragraph 164 of Plaintiffs' Complaint.

*The evening of Tilson's death*

165.

Defendant Lang admits the allegations contained in Paragraph 165 of Plaintiff's complaint. As a further response, there were additional jailors responsible for performing routine 15 checks on Mr. Tilson.

166.

Defendant Lang denies the allegations contained in Paragraph 166 of Plaintiffs' Complaint.

167.

Defendant Lang denies as pled the allegations contained in Paragraph 167 of Plaintiffs' Complaint.

168.

Defendant Lang admits the allegations contained in Paragraph 168 of Plaintiffs' Complaint.

169.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 of Plaintiffs' Complaint and, therefore, denies same.

170.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 of Plaintiffs' Complaint and, therefore, denies same.

171.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of Plaintiffs' Complaint and, therefore, denies same.

172.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of Plaintiffs' Complaint and, therefore, denies same.

173.

The photograph referenced in Paragraph 173 of Plaintiffs' Complaint speaks for itself and, as such, Defendant Lang denies any allegation inconsistent with

same.

### 174.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of Plaintiffs' Complaint and, therefore, denies same.

### 175.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of Plaintiffs' Complaint and, therefore, denies same.

### 176.

Defendant Lang denies the allegations contained in Paragraph 176 of Plaintiffs' Complaint.

### 177.

Defendant Lang denies as pled the allegations contained in Paragraph 177 of Plaintiffs' Complaint.

### 178.

Defendant Lang denies the allegations contained in Paragraph 178 of Plaintiffs' Complaint.

179.

Defendant Lang denies the allegations contained in Paragraph 179 of Plaintiffs' Complaint.

180.

Defendant Lang denies the allegations contained in Paragraph 180 of Plaintiffs' Complaint.

181.

Defendant Lang denies the allegations contained in Paragraph 181 of Plaintiffs' Complaint.

182.

Defendant Lang denies the allegations contained in Paragraph 182 of Plaintiffs' Complaint.

183.

Defendant Lang denies as pled the allegations contained in Paragraph 183 of Plaintiffs' Complaint.

184.

Defendant Lang admits only that there was a direct live video feed into Decedent's cell in the book area. Defendant Lang denies the remaining allegations contained in Paragraph 184 of Plaintiffs' Complaint.

185.

Defendant Lang denies the allegations contained in Paragraph 185 of Plaintiffs' Complaint.

186.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 of Plaintiffs' Complaint and, therefore, denies same.

187.

Defendant Lang admits the allegations contained in Paragraph 187 of Plaintiffs' Complaint.

188.

Defendant Lang denies the allegations contained in Paragraph 188 of Plaintiffs' Complaint.

189.

Defendant Lang denies the allegations contained in Paragraph 189 of Plaintiffs' Complaint.

190.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 of Plaintiffs'

Complaint and, therefore, denies same.

191.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 of Plaintiffs' Complaint and, therefore, denies same.

192.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 of Plaintiffs' Complaint and, therefore, denies same.

*Allegations related to Captain Weathersby*

193.

Paragraph 193 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang admits the allegations contained in Paragraph 193.

194.

Paragraph 194 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph

194.

195.

Paragraph 195 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 of Plaintiffs' Complaint and, therefore, denies same.

196.

Paragraph 196 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 of Plaintiffs' Complaint and, therefore, denies same.

197.

Paragraph 197 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 of Plaintiffs' Complaint and, therefore, denies same.

198.

Paragraph 198 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 of Plaintiffs' Complaint and, therefore, denies same.

199.

Paragraph 199 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 of Plaintiffs' Complaint and, therefore, denies same.

200.

Paragraph 200 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 of Plaintiffs' Complaint and, therefore, denies same.

201.

Paragraph 201 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 of Plaintiffs' Complaint and, therefore, denies same.

202.

Paragraph 202 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 of Plaintiffs' Complaint and, therefore, denies same.

203.

Paragraph 203 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 of Plaintiffs' Complaint and, therefore, denies same.

204.

Paragraph 204 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 of Plaintiffs' Complaint and, therefore, denies same.

205.

Paragraph 205 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 of Plaintiffs' Complaint and, therefore, denies same.

206.

Paragraph 206 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 of Plaintiffs' Complaint and, therefore, denies same.

207.

Paragraph 207 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 of Plaintiffs' Complaint and, therefore, denies same.

208.

Paragraph 208 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 208 of Plaintiffs' Complaint.

209.

Paragraph 209 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 of Plaintiffs' Complaint and, therefore, denies same.

210.

Paragraph 210 of Plaintiffs' Complaint does not require a response from

Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 of Plaintiffs' Complaint and, therefore, denies same.

211.

Paragraph 211 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 of Plaintiffs' Complaint and, therefore, denies same.

212.

Paragraph 212 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 212 of Plaintiffs' Complaint.

213.

Paragraph 213 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph

213 of Plaintiffs' Complaint.

214.

Paragraph 214 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214 of Plaintiffs' Complaint and, therefore, denies same.

215.

Paragraph 215 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 215 of Plaintiffs' Complaint.

216.

Paragraph 216 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 of Plaintiffs' Complaint and, therefore, denies same.

217.

Paragraph 217 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 of Plaintiffs' Complaint and, therefore, denies same.

218.

Paragraph 218 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 of Plaintiffs' Complaint and, therefore, denies same.

219.

Paragraph 219 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 of Plaintiffs' Complaint and, therefore, denies same.

*Lang's disciplinary history*

220.

Paragraph 220 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 220 of Plaintiffs' Complaint.

221.

Defendant Lang denies as pled the allegations contained in Paragraph 221 of Plaintiffs' Complaint.

222.

Defendant Lang denies as pled the allegations contained in Paragraph 222 of Plaintiffs' Complaint.

223.

Defendant Lang denies as pled the allegations contained in Paragraph 223 of Plaintiffs' Complaint.

224.

Defendant Lang denies as pled the allegations contained in Paragraph 224 of Plaintiffs' Complaint.

225.

Paragraph 225 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225 of Plaintiffs' Complaint and, therefore, denies same.

226.

Paragraph 226 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies as pled the allegations contained in Paragraph 226 of Plaintiffs' Complaint.

227.

Paragraph 227 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 of Plaintiffs' Complaint and, therefore, denies same.

228.

Paragraph 228 of Plaintiffs' Complaint does not require a response from

Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 of Plaintiffs' Complaint and, therefore, denies same.

229.

Defendant Lang denies the allegation contained in Paragraph 229 of Plaintiffs' Complaint.

230.

Defendant Lang denies the allegations contained in Paragraph 230 of Plaintiffs' Complaint.

231.

Defendant Lang denies as pled the allegations contained in Paragraph 231 of Plaintiffs' Complaint.

*Causation and Damages*

232.

Defendant Lang denies the allegations contained in Paragraph 232 of Plaintiffs' Complaint.

233.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 233 of Plaintiffs' Complaint and, therefore, denies same.

234.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 of Plaintiffs' Complaint and, therefore, denies same.

235.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 of Plaintiffs' Complaint and, therefore, denies same.

236.

Defendant Lang denies the allegations contained in Paragraph 236 of Plaintiffs' Complaint.

237.

Defendant Lang denies the allegations contained in Paragraph 237 of Plaintiffs' Complaint.

238.

Defendant Lang denies the allegations contained in Paragraph 238 of Plaintiffs' Complaint.

239.

Defendant Lang denies the allegations contained in Paragraph 239 of Plaintiffs' Complaint.

## COUNT 1

240.

Paragraph 240 does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 240 of Plaintiffs' Complaint.

241.

Paragraph 241 does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 241 of Plaintiffs' Complaint.

242.

Defendant Lang denies the allegations contained in Paragraph 242 of Plaintiffs' Complaint.

243.

Defendant Lang denies the allegations contained in Paragraph 243 of

Plaintiffs' Complaint.

244.

Paragraph 244 does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 244 of Plaintiffs' Complaint.

245.

Defendant Lang denies the allegations contained in Paragraph 245 of Plaintiffs' Complaint.

246.

Defendant Lang denies the allegations contained in Paragraph 246 of Plaintiffs' Complaint.

247.

Defendant Lang denies the allegations contained in Paragraph 247 of Plaintiffs' Complaint.

COUNT II

248.

Paragraph 248 does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 248 of

Plaintiffs' Complaint.

249.

Defendant Lang denies the allegations contained in Paragraph 249 of Plaintiffs' Complaint.

250.

Defendant Lang denies the allegations contained in Paragraph 250 of Plaintiffs' Complaint.

251.

Defendant Lang denies the allegations contained in Paragraph 251 of Plaintiffs' Complaint.

252.

Defendant Lang denies the allegations contained in Paragraph 252 of Plaintiffs' Complaint.

253.

Paragraph 253 does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 253 of Plaintiffs' Complaint.

254.

Defendant Lang denies the allegations contained in Paragraph 254 of

Plaintiffs' Complaint.

## COUNT III

### 255.

Paragraph 255 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 255 of Plaintiffs' Complaint.

### 256.

Paragraph 256 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 256 of Plaintiffs' Complaint.

### 257.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 of Plaintiffs' Complaint and, therefore, denies same.

### 258.

Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 of Plaintiffs'

Complaint and, therefore, denies same.

259.

Defendant Lang denies the allegations contained in Paragraph 259 of Plaintiffs' Complaint.

260.

Defendant Lang denies the allegations contained in Paragraph 260 of Plaintiffs' Complaint.

261.

Paragraph 261 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 of Plaintiffs' Complaint and, therefore, denies same.

262.

Paragraph 262 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 of Plaintiffs' Complaint and, therefore, denies same.

## COUNT IV

263.

Paragraph 263 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 263 of Plaintiffs' Complaint.

264.

Paragraph 264 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264 of Plaintiffs' Complaint and, therefore, denies same.

265.

Paragraph 265 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent that a response is required, Defendant Lang specifically denies any and all allegations contained in Paragraph 265 of Plaintiffs' Complaint.

266.

Defendant Lang denies the allegations contained in Paragraph 266 of

Plaintiffs' Complaint.

267.

Paragraph 267 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 267 of Plaintiffs' Complaint and, therefore, denies same.

268.

Paragraph 268 of Plaintiffs' Complaint does not require a response from Defendant Lang.   To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268 of Plaintiffs' Complaint and, therefore, denies same.

269.

Defendant Lang admits only that he was booking commander on March 7 and 12.  Defendant denies the remaining allegations contained in Paragraph 269 of Plaintiffs' Complaint.

270.

Defendant Lang denies the allegations contained in Paragraph 270 of

Plaintiffs' Complaint.

271.

Defendant Lang denies the allegations contained in Paragraph 271 of Plaintiffs' Complaint.

COUNT V

272.

Paragraph 272 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272 of Plaintiffs' Complaint and, therefore, denies same.

273.

Paragraph 273 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 273 of Plaintiffs' Complaint and, therefore, denies same.

274.

Defendant Lang denies the allegations contained in Paragraph 274 of

Plaintiffs' Complaint.

275.

Paragraph 275 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 275 of Plaintiffs' Complaint.

276.

Paragraph 276 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276 of Plaintiffs' Complaint and, therefore, denies same.

277.

Defendant Lang denies the allegations contained in Paragraph 277 of Plaintiffs' Complaint.

278.

Paragraph 278 of Plaintiffs' Complaint does not require a response from Defendant Lang.    To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph

278 of Plaintiffs' Complaint.

279.

Paragraph 279 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279 of Plaintiffs' Complaint and, therefore, denies same.

280.

Paragraph 280 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 of Plaintiffs' Complaint and, therefore, denies same.

281.

Paragraph 281 of Plaintiffs' Complaint does not require a response from Defendant Lang. To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281 of Plaintiffs' Complaint and, therefore, denies same.

282.

Defendant Lang denies the allegations contained in Paragraph 282 of Plaintiffs' Complaint.

283.

Defendant Lang denies the allegations contained in Paragraph 283 of Plaintiffs' Complaint.

284.

Defendant Lang denies the allegations contained in Paragraph 284 of Plaintiffs' Complaint.

285.

Defendant Lang denies the allegations contained in Paragraph 285 of Plaintiffs' Complaint.

286.

Defendant Lang denies the allegations contained in Paragraph 286 of Plaintiffs' Complaint.

287.

Defendant Lang denies the allegations contained in Paragraph 287 of Plaintiffs' Complaint.

288.

Defendant Lang denies the allegations contained in Paragraph 288 of Plaintiffs' Complaint.

289.

Defendant Lang denies the allegations contained in Paragraph 289 of Plaintiffs' Complaint.

290.

Defendant Lang denies the allegations contained in Paragraph 290 of Plaintiffs' Complaint.

291.

Defendant Lang denies the allegations contained in Paragraph 291 of Plaintiffs' Complaint.

292.

Defendant Lang denies the allegations contained in Paragraph 292 of Plaintiffs' Complaint.

293.

Defendant Lang denies the allegations contained in Paragraph 293 of Plaintiffs' Complaint.

294.

Defendant Lang denies the allegations contained in Paragraph 294 of Plaintiffs' Complaint.

<u>COUNT VI</u>

295.

Paragraph 295 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 295 of Plaintiffs' Complaint.

296.

Paragraph 296 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement. To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 296 of Plaintiffs' Complaint.

297.

Defendant Lang denies the allegations contained in Paragraph 297 of Plaintiffs' Complaint.

298.

Defendant Lang is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 298 of Plaintiffs' Complaint and, therefore, denies same.

299.

Defendant Lang denies the allegations contained in Paragraph 299 of Plaintiffs' Complaint.

300.

Defendant Lang denies the allegations contained in Paragraph 300 of Plaintiffs' Complaint.

## COUNT VII

301.

Paragraph 301 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 301 of Plaintiffs' Complaint.

302.

Paragraph 302 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 of

Plaintiffs' Complaint and, therefore, denies same.

303.

Defendant Lang denies the allegations contained in Paragraph 303 of Plaintiffs' Complaint.

304.

Paragraph 304 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 304.

305.

Paragraph 305 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305 of Plaintiffs' Complaint and, therefore, denies same.

306.

Paragraph 306 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph

306 of Plaintiffs' Complaint.

307.

Paragraph 307 of Plaintiffs' Complaint does not require a response from Defendant Lang.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 307 of Plaintiffs' Complaint.

COUNT VIII

308.

Defendant Lang denies the allegations contained in Paragraph 308 of Plaintiffs' Complaint.

309.

Paragraph 309 of Plaintiffs' Complaint does not require a response from Defendant Lang as it is a legal statement.  To the extent it may be read to require a response from Defendant Lang, Defendant Lang denies the allegations contained in Paragraph 309 of Plaintiffs' Complaint.

*Request for Relief*

310. – 316.

To the extent Plaintiff's Prayer for Relief contained in Plaintiffs' Complaint may be read to require a response, Defendant Lang denies Plaintiffs are entitled to

any relief from Defendant Lang under any theory in any amount.

317.

Any allegation not specifically admitted herein is hereby denied.


WHEREFORE, having fully responded to Plaintiffs' Complaint, Defendant Lang prays the Court inquire into this matter and dismiss Plaintiffs' Complaint against him casting all costs upon Plaintiffs and prays the Court grant such other relief as the Court deems justice to demand.

This 15th day of June, 2020.


Respectfully submitted,

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
2970 Clairmont Road NE          TAYLOR W. HENSEL
Suite 650                       Georgia State Bar No. 572754
Atlanta, Georgia 30329          Attorneys for Defendant Lang
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
thensel@bchlawpc.com

**DEFENDANT LANG DEMANDS TRIAL BY JURY.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I electronically filed the DEFENDANT SERGEANT DAN LANG'S ANSWER AND DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT by using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel
_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorneys for Defendant Lang

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
thensel@bchlawpc.com