UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF SHALI TILSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHERIFF ERIC J. LEVETT, in his ) <br> official and individual capacities, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> 1:19-cv-1353-JPB |

## NOTICE

Per the Court's directive, the parties hereby provide notice that the case has been resolved, thereby triggering the Court's procedure to administratively stay the case pending the filing of a dismissal.

This 2nd day of September, 2021.

| *Attorneys for Plaintiff* | *Attorneys for Sheriff Levett, Rockdale County, Tolbert, and Shired* |
|---|---|
| **Mawuli M. Davis** <br> Georgia Bar No. 212029 <br><br> Harold W. Spence <br> Harold W. Spence <br> Georgia Bar No. 671150 <br><br> The Davis Bozeman Law Firm, PC | **Jason C. Waymire** <br> Georgia Bar No. 742602 <br><br> Williams, Morris & Waymire, LLC <br> Bldg. 400, Suite A <br> 4330 South Lee Street <br> Buford, GA 30518 |

| | |
|---|---|
| 4153-C Flat Shoals Parkway, Suite 332<br>Decatur, Georgia 30034<br>404.244.2004<br>mdavis@davisbozemanlaw.com<br>hspence@davisbozemanlaw.com<br><br>**Jeff Filipovits**<br>Georgia Bar no. 825553<br><br>Spears & Filipovits, LLC<br>1126 Ponce de Leon Ave.<br>Atlanta, GA 30306<br>404-905-2225 (main)<br>678-237-9302 (direct)<br>jeff@civil-rights.law | 678-541-0790<br>jason@wmwlaw.com<br><br><br>*Attorneys for Defendant Lang*<br><br>Timothy J. Buckley III<br>Georgia Bar No. 092913<br><br>**Taylor W. Hensel**<br>Taylor W. Hensel<br>Georgia Bar No. 572754<br><br>Buckley Christopher, P.C.<br>2970 Clairmont Road<br>Suite 650<br>Atlanta, Georgia 30329<br>(404) 974-4570<br>(404) 633-9640 (facsimile)<br>tbuckley@bchlawpc.com<br>thensel@bchlawpc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing document upon all parties by electronic filing through the CM/ECF system which will provide electronic service to all attorneys of record.

This 2nd day of September, 2021.

**Jeff Filipovits**
Georgia Bar No. 825553