# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF SHALI TILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | 1:19-cv-1353-JPB |
| SHERIFF ERIC J. LEVETT, in his ) | |
| official and individual capacities, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Estate of Shali Tilson, Vladimir Joseph, and Tynesha Tilson and Defendants Sheriff Eric J. Levett, Captain Nikie Weathersby, Sergeant Dan Lang, Deputy Eric Tolbert, Deputy Ladean Shired, Lieutenant Patterson, Corporal Klein, Lieutenant Bogardts, Sergeant Jordan Guillebeau, Lieutenant Nicholas Lynn, Corporal Sharon Wilson, and Sergeant Jackie Bishop hereby stipulate to the dismissal of all claims in the above-referenced action, WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own attorneys' fees and costs.

Respectfully submitted this 5th day of October, 2021.

*Attorneys for Plaintiffs:*          *Attorneys for Defendant Lang:*

1

| | |
|---|---|
| Mawuli M. Davis<br>Georgia Bar No. 212029 | Timothy J. Buckley III<br>Georgia Bar No. 092913 |
| Harold W. Spence<br>Georgia Bar No. 671150 | **Taylor W. Hensel**<br>Georgia Bar No. 572754 |
| The Davis Bozeman Law Firm, PC<br>4153-C Flat Shoals Parkway, Suite 332<br>Decatur, Georgia 30034<br>404.244.2004<br>mdavis@davisbozemanlaw.com<br>hspence@davisbozemanlaw.com | Buckley Christopher, P.C.<br>2970 Clairmont Road<br>Suite 650<br>Atlanta, Georgia 30329<br>404.974.4570<br>tbuckley@bchlawpc.com<br>thensel@bchlawpc.com |
| **Jeff Filipovits**<br>Georgia Bar No. 825553 | *Attorneys for Sheriff Levett, and all remaining Defendants:* |
| SPEARS & FILIPOVITS, LLC<br>1126 Ponce de Leon Avenue<br>Atlanta, Georgia 30306<br>404.905.2225<br>jeff@civil-rights.law | **Jason C. Waymire**<br>Georgia Bar No. 742602 |
| | Williams, Morris & Waymire, LLC<br>Bldg. 400, Suite A<br>4330 South Lee Street<br>Buford, GA 30518<br>678.541.0790<br>jason@wmwlaw.com |

## **CERTIFICATE OF SERVICE**

I certify that I have served the foregoing document by filing the same via CM/ECF which will electronically generate notice and serve all counsel of record.

Submitted this 5th day of October, 2021.

**Jeff Filipovits**
Georgia Bar No. 825553

SPEARS & FILIPOVITS, LLC
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
404.905.2225
jeff@civil-rights.law
